IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE TYNDALL,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | **8:25CV307**<br><br>**ORDER** |

On January 13, 2017, plaintiff Alice Tyndall ("Tyndall") protectively filed for a period of disability and disability insurance benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 *et seq*. (Filing No. 7-2). She alleged disability beginning on March 11, 2011. That claim was initially denied on November 21, 2017, and upon reconsideration on January 26, 2018. Tyndall then appeared before an Administrative Law Judge ("ALJ") with counsel for an in-person hearing on June 3, 2019. At the hearing, Tyndall amended her alleged onset date to December 1, 2017. Upon completing administrative review, defendant Frank Bisignano, Commissioner of Social Security (the "Commissioner") denied her claims, concluding she was not disabled under the Act. The Court ultimately remanded the Commissioner's decision. *See Tyndall v. Kijakazi*, Case No. 8:21CV14-RGK, Filing No. 37, (D. Neb. Nov. 15, 2021).

Following the Court's remand order, the ALJ held a telephonic hearing that Tyndall attended with her counsel. The ALJ again found Tyndall was not disabled under the Act. The Appeals Council declined to assume jurisdiction over the case, and the ALJ's decision stands as the Commissioner's final decision. *See* 20 C.F.R. § 404.984(b)(2).

On April 24, 2025, Tyndall sued the Commissioner in this Court (Filing No. 1), seeking relief from that final decision. *See* 42 U.S.C. § 405(g); *Mitchael v. Colvin*, 809 F.3d 1050, 1055 (8th Cir. 2016). In accordance with General Order No. 2022-13 (Filing

No. 3), Tyndall filed a motion to reverse and remand the Commissioner's decision (Filing No. 30), and the Commissioner filed a motion for an order affirming his decision (Filing No. 35). The Court referred both motions to the magistrate judge[1] for initial review. *See* 28 U.S.C. § 636(b)(1)(B) (authorizing such referrals).

Now before the Court are those two motions and the magistrate judge's Findings and Recommendation (Filing No. 38) recommending that the Court deny Tyndall's motion and grant the Commissioner's motion and affirm the denial of benefits. In making that recommendation, the magistrate judge concluded the Commissioner's findings and determinations were all supported by substantial evidence. *See Biestek v. Berryhill*, 587 U.S. 97, 102 (2019) ("On judicial review, an ALJ's factual findings—such as the determination that Biestek could have found sedentary work—'shall be conclusive' if supported by 'substantial evidence.'" (quoting 42 U.S.C. § 405(g)).

Tyndall objects (Filing No. 39) to the magistrate judge's Findings and Recommendation. *See* NECivR 72.2. After carefully considering Tyndall's objections and "mak[ing] a de novo determination of those portions of the report" to which she objects, 28 U.S.C. § 636(b)(1)(C), the Court finds the Commissioner's decision should be affirmed. In short, the Court agrees the Commissioner's findings and determinations were all supported by substantial evidence for the same reasons described by the magistrate judge. *See also* Fed. R. Civ. P. 72(b)(3). Accordingly,

IT IS ORDERED:

1. Plaintiff Alice Tyndall's objections (Filing No. 39) to the magistrate judge's Findings and Recommendation (Filing No. 38) are overruled. The magistrate judge's Findings and Recommendation is accepted.
2. Tyndall's motion to reverse and remand (Filing No. 30) is denied.
3. The Commissioner's motion to affirm (Filing No. 35) is granted, and his final decision to deny benefits is affirmed.

---

[1]The Honorable Jacqueline M. DeLuca, United States Magistrate Judge for the District of Nebraska.

4. This case is dismissed with prejudice.

5. A separate judgment will issue.

Dated this 4th day of August 2026.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge